NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAUL Y. BECHTEL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7060

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-2146, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Paul Y. Bechtel moves for a 60-day extension of time, until September 14, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 17 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Michael Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2012

JAN HORBALY
CLERK